United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America and various states, *ex rel* Amber Watt, Plaintiffs,<br><br>v.<br><br>Virtuox, Inc., Defendant. | Civil Action No. 19-61084-Civ-Scola |

## Order Regarding States' Decision Not to Intervene

This matter is before the Court for consideration of the Notice of Election to Decline Intervention and Consent to Voluntary Dismissal filed on behalf of the States of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Washington, the District of Columbia, the Commonwealth of Massachusetts, and the Commonwealth of Virginia ("the States") (Pl. States' Not., ECF No. 51). The States have notified the Court of their decision to decline to intervene in this action pursuant to their respective state statutes.

It is, therefore, **ordered** that:
1. The Relator's counsel shall serve all pleadings, motions and orders filed in this action, including supporting memoranda, upon the States;
2. The States may order any deposition transcripts, and move to intervene in this action for good cause at a later date; and
3. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

The Court **further orders** the Relator to file a report regarding the status of this case on or before **May 13, 2021**.

**Done and ordered** in Miami, Florida on May 6, 2021.

_____
Robert N. Scola, Jr.
United States District Judge