UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>the States of Arkansas, California,<br>Colorado, Connecticut, Delaware, Florida,<br>Georgia, Illinois, Indiana, Iowa, Louisiana,<br>Maryland, the Commonwealth of<br>Massachusetts, Michigan, Minnesota,<br>Missouri, Montana, Nevada,<br>New Jersey, New Mexico,<br>New York, North Carolina, Oklahoma,<br>Rhode Island, Tennessee, Texas, Vermont,<br>the Commonwealth of Virginia, Washington,<br>and the District of Columbia,<br>*Ex rel.* AMBER WATT,<br><br>                Plaintiffs,<br>v.<br><br>VIRTUOX, INC.,<br><br>                Defendant. | Case No. 19-CV-61084-CIV-SCOLA |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [ECF 65]**

      Plaintiff, AMBER WATT, by and through undersigned counsel, hereby files this response to the Court's Order to Show Cause entered on May 19, 2021, to provide an explanation to the Court for the failure to file a status report by May 13, 2021, as ordered by the Court. [ECF52]. In support thereof, states as follows:

      1.     On May 19, 2021, the Court entered an order stating that: On or before **May 24, 2021**, Watt must **show cause** why she should not be sanctioned for her failure to respond to the Court's order.

      2.     Andrew Melling is the primary attorney on this matter. He is a South Carolina attorney with an office in Columbia, South Carolina. He was admitted *pro hac vice* to represent

45584732 v1

Plaintiff in this matter, on May 12, 2021.  Laurence Litow is another attorney working on this matter, and is a Florida licensed attorney, with an office in Ft. Lauderdale, Florida.

    3.    Due to a miscommunication between the two offices, the request for a status report was overlooked in error.

    4.    On May 19, 2021, upon reciept of ECF 65, Plaintiff has immediately responded to the court's request for a status report. [ECF 67].

WHEREFORE, Plaintiff, Amber Watt, respectfully requests that this Honorable Court not enter sanctions against her for the above stated error.

Dated:  May 19, 2021

Respectfully submitted,

Laurence S. Litow
Andrew G. Melling (*admitted pro hac vice*)
Burr & Forman, LLP
FL Bar No.: 0328758
Las Olas Centre II
350 East Las Olas Blvd., Suite 1440
Ft. Lauderdale, FL 33301
954-414-6200
954-414-6201 (Fax)
lslitow@burr.com

s/*Laurence S. Litow*
Laurence S. Litow
Attorneys for Relator, Amber Watt

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and served via CM/ECF on all counsel of record this 19th day of May, 2021.

s/*Laurence S. Litow*
Laurence S. Litow