United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America and others, ex rel. Amber Watt, Plaintiffs, <br><br> v. <br><br> VirtuOx, Inc., Defendant. | ) ) ) ) ) Civil Action No. 19-61084-Civ-Scola ) ) ) ) |

### Order Granting Temporary Stay of Discovery

Plaintiff/Relator Amber Watt and Defendant VirtuOx, Inc. jointly seek a stay of discovery pending resolution of VirtuOx's motion to dismiss. (Jt. Mot., ECF No. 80.) The parties submit a stay is warranted because a favorable ruling on VirtuOx's motion to dismiss could ultimately dispose of this case in its entirety. The Court has taken a "'preliminary peek' at the merits of the motion" and finds the issue raised as to whether Watt has met her burden of stating a claim under the False Claims Act appears to have a strong likelihood of being granted. *See Ray v. Spirit Airlines, Inc.*, No. 12-61528-CIV, 2012 WL 5471793, at \*1 (S.D. Fla. Nov. 9, 2012) (Scola, J.) (quoting *Feldman v. Flood,* 176 F.R.D. 651, 652–53 (M.D.Fla.1997)). And, if the motion to dismiss is granted in its entirety, the need for discovery in this proceeding will be eliminated. *Id.* Notably, the parties seek this stay jointly.

The Court thus finds a stay warranted and **grants** the joint motion (**ECF No. 80**). Discovery is accordingly **stayed** until this Court issues its order on VirtuOx's motion to dismiss. If the motion is ultimately denied, (1) discovery must immediately move forward; and (2) the parties must file an amended joint-scheduling report within seven days of the entry of any order denying the motion to dismiss. This stay does not affect any mediation deadlines, the deadline to amend the pleading or join parties, or the deadline for the parties to file their joint-interim-status report.

**Done and ordered**, at Miami, Florida, June 22, 2021.

Robert N. Scola, Jr.
United States District Judge