UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61084-CIV-SCOLA

UNITED STATES OF AMERICA,
And others, ex rel. Amber Watt,

    Plaintiffs,

v.

VIRTUOX, INC.,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, UNITED STATES OF AMERICA AND OTHERS, EX REL. AMBER WATT, in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order Granting Motion to Dismiss and the Final Judgment in favor of Defendant, entered in this action on the 31st day of August, 2021.

DATED: September 30, 2021.

    Respectfully submitted,

/s/ Nicholas S. Agnello
Laurence S. Litow, Esq. (FL Bar No.: 328758)
**Nicholas S. Agnello, Esq. (FL Bar No.: 90844)**
Andrew G. Melling, Esq. (*admitted pro hac vice*)
BURR & FORMAN, LLP
350 East Las Olas Blvd., Suite 1440
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
Email: flservice@burr.com
Email: nagnello@burr.com
Email: rzamora@burr.com
*Attorneys for Relator, Amber Watt*

46417786 v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all counsels of record.

/s/ *Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No.: 90844)
BURR & FORMAN, LLP