# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 17, 2022

FILED BY _____ AP _____ D.C.

May 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-13381-DD
Case Style: Amber Watt v. Virtuox, Inc.
District Court Docket No: 0:19-cv-61084-RNS

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/lt
Phone #: 404-335-6181

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-13381-DD
_____

UNITED STATES OF AMERICA,
Ex Rel.,

          Plaintiff - Appellee,

AMBER WATT,
Relator,

          Plaintiff - Appellant -
          Cross Appellee,

ARKANSAS,
Ex Rel., et al.,

          Plaintiffs,

versus

VIRTUOX, INC.,

          Defendant - Appellee -
          Cross Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: Pursuant to Appellant-Cross Appellee Amber Watt, Appellee USA and Appellee-Cross Appellant Virtuox, Inc.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective May 17, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION